82,189-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

In exact nature of Texas Court of criminal appeals
Is this an exuastion, in Texas court of appeals, In
my understanding, Texas Supremz Court of Appeals
is your federal in my next step. Which upon their
oppertunity in granting thee relief i am requesting in
tue Welfarnzss in compensational oppertunities after
this Phazz Laddering is a federal Courtship Governing
A Regional District of various statz's. In Washington DC,
Truz I Am Awarz. David Michael Amos 315 Mulburry St. Apt 7 Madison
Indiana 47250

Attw: Court of criminal Appzals )  Wotz: Requesting Texas
P.o. Box 12308              )  42 usc 1983 civil courts
Austin, Texas 78711        )  forms. In Naturz of Timz Relief.

        In referzncing thzz convzrsation, of my inspectioning
of thzz response of their judgz, szzming I belizvz shes is
singing a haloyuyo in not granting my appzal, clzarly I am
in understanding in hzr posistion in job szcurity. Any way
awaiting updatz in your carding lzttering howzvzr upon a
clarrification as swzn anothzr lzvzl of Court ship, in Laddering.